UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LINDSAY HAGGIE, <br><br> Plaintiff(s), <br><br> v. <br><br> SENTRY RECOVERY COLLECTIONS, INC., <br><br> Defendant(s). | Case No. 2:14-CV-1895 JCM (GWF) <br><br> ORDER |

Presently before the court is case no. 2:14-cv-1895-JCM-GWF, *Haggie v. Sentry Recovery & Collections, Inc*.  On May 28, 2015, a notice of intent to dismiss the case pursuant to Federal Rule of Civil Procedure 4(m) was docketed.  *See* (ECF No. 6).  That notice informed plaintiff Lindsay Haggie that if she did not file proof of service as to defendant Sentry Recovery & Collections, Inc. by June 27, 2015, the case would be dismissed.  *See* (*id.*).

Rule 4(m) states: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

Since the docket entry, there has been no activity in this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's complaint (ECF No. 1) be, and the same hereby is, DISMISSED without prejudice.

The clerk shall enter judgment accordingly and close the case.

DATED March 27, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**